**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
      Plaintiff

vs

JOHN BADGER THORPE
      Defendant

Case No: **25-6650-MJ-STRAUSS**

**O R D E R**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a **SEALED INDICTMENT** filed in the **District of South Carolina**.

UPON ORAL motion of the government in open court that the **SEALED INDICTMENT** be unsealed as to this defendant, it is hereby ORDERED AND ADJUDGED that the **Sealed Indictment be Unsealed** as to ALL DEFENDANT (s) in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 10th day of NOVEMBER, 2025.

JARED S. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record