UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (110)

| | |
|---|---|
| DEFT: **JOHN THORPE (J)#** | CASE NO: **25-6650-STRAUSS** |
| AUSA: **C KOONTZ** | ATTY: |
| USPO: | VIOL: **18:U.S.C.2252** |
| PROCEEDING: **INITIAL APPEARANCE ON A REMOVAL SOUTH CAROLINA** | RECOMMENDED BOND: |
| BOND/PTD HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or x=s a week/month by phone; x=s a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

**DEFENDANT PRESENT IN COURT. GOVERNMENT MOVES TO UNSEAL INDICTMENT FROM SOUTH CAROLINA. ORE TENUS MOTION GRANTED. ADVISED OF CHARGES. WILL HIRE OWN ATTORNEY GOVERNMENT REQUESTING PTD HEARING. ORE TENUS MOTION GRANTED. DEFENDANT REQUESTING MORE TIME FOR PTD AND REMOVAL HEARINGS ORE TENUS MOTION IS GRANTED.**

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL: **NOVEMBER 12 2025 AT 11 AM DUTY**

**PTD**/PRELIM HEARING: **FRIDAY NOV 14 2025 AT 9 AM DUTY**

**ARRAIGN** OR REMOVAL: **FRIDAY NOV 14 2025 AT 9 AM DUTY**

**PROB CAUSE HEARING**

11/10/25   TIME: **11:00 AM**   FTL/TAPE/# JMS-   Begin **110**

[20 MINUTES] *** RECORDED IN ROOM 110 COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:36:28-12:11:21-12:23:53